Argued November 29, reversed December 18, 1978

ROBINSON, *Petitioner,*

*v.*

STATE ACCIDENT INSURANCE FUND,
*Respondent.*

(No. WCB 77-2230, CA 11688)

587 P2d 521

Michael Strooband, Eugene, argued the cause and filed the brief for petitioner.

Lawrence J. Hall, Associate Counsel, SAIF, Salem, argued the cause for respondent. On the brief were K. R. Maloney, Chief Counsel, James A. Blevins, Chief Trial Counsel, and Allen W. Lyons, Associate Counsel, SAIF, Salem.

Before Schwab, Chief Judge, and Johnson, Gillette and Roberts, Judges.

PER CURIAM.

**PER CURIAM.**

In this denial of workers' compensation benefits case, the sole issue is credibility of the claimant. A recitation of the facts would not be helpful. *See Hoag v. Duraflake,* 37 Or App 103, 585 P2d 1149 (1978). The referee found her believable. The Workers' Compensation Board disagreed. In *de novo* review, we find the issue a close one and, inasmuch as the referee had the opportunity to see and hear the claimant, we accept his evaluation. *See, e.g., Miller v. Granite Const. Co.,* 28 Or App 473, 559 P2d 944 (1977).

Reversed.